UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOUNDARIES SOLUTIONS INC., <br><br>                    Plaintiff, <br>     v. <br><br> CORELOGIC, INC., <br><br>                    Defendant. | Case No. 5:14-cv-00761-PSG <br><br> **CASE SCHEDULING ORDER** <br><br> **(Re Docket No. 32)** |

Based on the parties' joint case management statement,[1]

IT IS HEREBY ORDERED that the following schedule and deadlines shall apply:

Complete Rule 26(f) Meet and Confer ................................................................. July 15, 2014

File Rule 26(f) Report ........................................................................................... July 22, 2014

Initial Case Management Conference ..................................................July 29, 2014 at 10 AM

Complete Initial Disclosures/State Objections .................................................. August 8, 2014

Disclose Asserted Claims and Infringement Contentions ................................ August 12, 2014

Disclose Invalidity Contentions ................................................................September 26, 2014

Produce Advice of Counsel Documents............................................................October 1, 2014

Exchange Proposed Terms for Construction ..................................................October 10, 2014

---

[1] *See* Docket No. 32.

| | |
|---|---|
| Exchange Preliminary Claims Construction and Extrinsic Evidence | October 31, 2014 |
| Joint Claim Construction and Pre-Hearing Statement | November 25, 2014 |
| Claim Construction Discovery Deadline | January 15, 2015 |
| Claim Construction Opening Briefs | February 5, 2015 |
| Claim Construction Opposition Briefs | February 20, 2015 |
| Claim Construction Reply Briefs | February 27, 2015 |
| Tutorial and Claim Construction (*Markman*) Hearing | March 6, 2015 at 10:00 AM |
| Status Conference | TBD after Claim Construction Order |
| Non-Expert Discovery Cutoff | TBD |
| Opening Expert Reports | TBD |
| Rebuttal Expert Reports | TBD |
| Expert Discovery Cutoff | TBD |
| Dispositive Motions | TBD |
| Pretrial Conference | TBD |
| Trial | TBD |

**IT IS SO ORDERED.**

Dated: September 30, 2014

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: 14-00761-PSG
**CASE SCHEDULING ORDER**