UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOUNDARY SOLUTIONS, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CORELOGIC, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 5:14-cv-00761-PSG<br><br>**DECLARATION OF JAMES SKURZYNSKI IN SUPPORT OF PLAINTIFF BOUNDARY SOLUTIONS INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (DKT. NO. 109) PURSUANT TO CIVIL L.R. 79-5(E)(1)** |

I, James Skurzynski, declare:

1. I am President and CEO at Digital Map Products, Inc. ("DMP"). Except as otherwise noted, I have personal knowledge of the facts stated below, and if called upon to testify to those facts, I could and would competently do so.

2. I am providing this declaration to establish the confidentiality of certain documents pursuant to Civil Local Rule 79-5. Specifically, I am informed that Plaintiff Boundary Solutions, Inc. ("BSI") has submitted several confidential DMP documents as exhibits to the Declaration of Bruce J. Wecker in Opposition to CoreLogic's Motion to Amend Its Counterclaim ("Wecker Declaration"). As discussed below, these exhibits contain sensitive and confidential DMP information and should remained sealed from the public record.

3. Exhibit 1 to the Wecker Declaration is a document bearing Bates number DMP000060. This document shows DMP's licensing terms with Culver City.

4. Exhibit 4 to the Wecker Declaration is a document bearing Bates numbers DMP124375-124415. This document is DMP's Business Plan for 2001.

5. Exhibit 6 to the Wecker Declaration is a document bearing Bates numbers DMP127193-95. This document is a letter to investors from DMP Chairman Timothy Psomos.

6. Exhibit 7 to the Wecker Declaration is a document bearing Bates numbers DMP084577-690. This is an October 21, 2013 email from Mary Kane to Ron Cast with attachments.

7. Exhibit 8 to the Wecker Declaration is a snapshot of a portion of the load file provided by DMP.

8. Exhibit 10 to the Wecker Declaration is a document bearing Bates numbers DMP058194-97.

9. Exhibit 11 to the Wecker Declaration is a document bearing Bates numbers (DMP058218-21). These documents include an email from James Skurzynski to Marty Frame dated November 30, 2010.

10. The DMP Exhibits that BSI seeks to file under seal contain non-public information about DMP, its decision-making process and trade secret information. This information is

1  sensitive and treated as confidential by DMP. The public disclosure of this information would be
2  harmful to DMP because the information could be used by DMP's competitors to gain a
3  competitive advantage in their business operations, or used by others to exploit potential security
4  vulnerabilities in DMP's work product.

6  I declare under penalty of perjury under the laws of the United Stated that the foregoing is
7  true and correct.
8  Executed on May 18, 2015 in Irvine, CA.

By: _____
     James Skurzynski