Neel Chatterjee (SBN 173985)
nchatterjee@goodwinlaw.com
Andrew S. Ong (SBN 267889)
aong@goodwinlaw.com
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant
CoreLogic, Inc.

Bruce J. Wecker (SBN 78530)
bwecker@hausfeldllp.com
Christopher L. Lebsock (SBN 184546)
clebsock@hausfeldllp.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Fax: (415) 358-4980

Attorneys for Plaintiff
Boundary Solutions, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOUNDARY SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CORELOGIC, INC., <br><br> Defendant. | Case No. 3:14-cv-00761-SK <br><br> **SECOND JOINT STATUS REPORT** <br><br> Judge:   Hon. Sallie Kim <br> Courtroom:  A—15th Floor |

1       Plaintiff Boundary Solutions, Inc. ("BSI") and Defendant CoreLogic, Inc. ("CoreLogic") hereby respectfully submit their Second Joint Status Report.  The parties previously submitted a Joint Status Report on November 22, 2016.  *See* Dkt. No. 126.

      On February 19, 2014, Plaintiff BSI filed suit against CoreLogic alleging infringement of U.S. Patent Nos. 7,092,957 (the "'957 patent"); 7,499,946 (the "'946 patent"); and 8,065,352 (the "'352 patent," and collectively, the "Patents-in-Suit").  BSI alleges that the Patents-in-Suit are directed at assembly, searching and display of digital parcel maps consisting of property boundary information and associated data.  The operative complaint (BSI's second amended complaint) alleges that CoreLogic is infringing the Patents-in-Suit.  *See* Dkt. No. 41.  On December 30, 2014, Judge Grewal granted CoreLogic's motion to dismiss BSI's second complaint in part by finding that BSI failed to cure the deficiencies in its pre-suit indirect infringement claim for the '352 patent, dismissing this claim with prejudice.  *See* Dkt. No. 73.

      On June 2, 2015, Judge Grewal stayed the case pending PTAB decisions regarding the Patents-in-Suit.  *See* Dkt. No. 121.

      On May 19, 2016, the PTAB issued a series of Final Written Decisions resolving the *inter partes* review petitions filed by CoreLogic.  The decisions ruled the Patents-in-Suit herein unpatentable.  On July 15, 2016, Patent Owner Boundary Solutions filed appeals of two of these decisions regarding the '957 and '946 patents.  The cases have been consolidated and docketed in the United States Court of Appeals for the Federal Circuit as Case No. 16-2354.  **The Federal Circuit has scheduled oral argument for the appeals on September 6, 2017.**

      The parties submit that the current stay of this case should continue until a decision is obtained from the Court of Appeals.  Pursuant to the Court's order, the parties will file an additional status report in 120 days, on December 7, 2017.

//

//

1

1 | Dated: August 9, 2017 | Respectfully submitted,
2 |
3 | | By: /s/ Neel Chatterjee
  | | Neel Chatterjee
  | | nchatterjee@goodwinlaw.com
4 | | Andrew S. Ong
  | | aong@goodwinlaw.com
5 | | GOODWIN PROCTER LLP

6 | | Attorneys for Defendant
  | | CoreLogic, Inc.
7 |
  | Dated: August 9, 2017 | Respectfully submitted,
8 |
9 | | By: /s/ Bruce J. Wecker (with permission)
  | | Bruce J. Wecker
10 | | *bwecker@hausfeldllp.com*
  | | Christopher L. Lebsock
11 | | *clebsock@hausfeldllp.com*
  | | **HAUSFELD LLP**
12 |
  | | Attorneys for Plaintiff
13 | | Boundary Solutions, Inc.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on August 9, 2017. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 9, 2017                              /s/ Neel Chatterjee
                                                         Neel Chatterjee

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Neel Chatterjee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signatures (/s/) within this e-filed document.

Dated: August 9, 2017

/s/ <em>Neel Chatterjee</em><br>Neel Chatterjee