Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
Andrew S. Ong (SBN 267889)
*aong@goodwinlaw.com*
**GOODWIN PROCTER LLP**
135 Commonwealth Drive
Menlo Park, California 94025
Tel.: +1 650 752 3100
Fax.: +1 650 853 1038

Attorneys for Defendant
CoreLogic, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOUNDARY SOLUTIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORELOGIC, INC.,<br><br>　　　　Defendant. | Case No. 3:14-cv-00761-SK<br><br>**JOINT STIPULATION RE: VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge:　　　Hon. Sallie Kim<br>Courtroom:　A, 15th Floor |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Boundary Solutions, Inc. ("BSI") and Defendant CoreLogic, Inc. ("CoreLogic"), by and through the undersigned counsel of record, hereby stipulate to dismiss with prejudice all claims and counterclaims asserted by and between BSI and CoreLogic in this action.

**IT IS SO STIPULATED.**

Dated:  April 12, 2018                          Respectfully submitted,

                                                By: /s/ *Neel Chatterjee*
                                                    Neel Chatterjee
                                                    *nchatterjee@goodwinlaw.com*
                                                    Andrew S. Ong
                                                    *aong@goodwinlaw.com*
                                                    **GOODWIN PROCTER LLP**

                                                Attorneys for Defendant
                                                CoreLogic, Inc.


Dated:  April 12, 2018                          By: /s/ *Bruce J. Wecker*
                                                    Bruce J. Wecker
                                                    *bwecker@hausfeld.com*
                                                    Christopher L. Lebsock
                                                    *clebsock@hausfeldllp.com*
                                                    **HAUSFELD LLP**

                                                Attorneys for Plaintiff
                                                Boundary Solutions, Inc.


**IT IS SO ORDERED.**


Dated: April 13, 2018                           _____
                                                HON. SALLIE KIM
                                                UNITED STATES MAGISTRATE JUDGE

## ATTORNEY ATTESTATION

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

/s/ *Neel Chatterjee*
Neel Chatterjee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on April 12, 2018. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 12, 2018 in Menlo Park, California.

                                                    /s/ *Neel Chatterjee*
                                                       Neel Chatterjee